IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

PUBLIC INTEREST LEGAL
FOUNDATION, INC.,

      Plaintiff,

v.

STEVE SIMON, in his official capacity as
the Secretary of State for the State of
Minnesota,

      Defendant.

Case No. 24-CV-1561 (SRN/DJF)

**UNITED STATES'
NOTICE OF INTERVENTION
PURSUANT TO 28 U.S.C. § 2403(a)**

      Pursuant to 28 U.S.C. § 2403(a) and Federal Rule of Civil Procedure 5.1(c), and in response to Plaintiffs' Notice of Constitutional Question, ECF No. 18, the United States hereby respectfully notifies the Court that it exercises its right to intervene in this proceeding to defend the constitutionality of Section 4(b) of the National Voter Registration Act of 1993, 52 U.S.C. § 20503(b). Unless otherwise directed by the Court, the United States expects to submit a brief regarding the constitutionality of Section 4(b) on or before September 17, 2024.

Date:  August 27, 2024

| | |
|---|---|
| ANDREW M. LUGER<br>United States Attorney<br>District of Minnesota | KRISTEN CLARKE<br>Assistant Attorney General<br><br>SPARKLE SOOKNANAN<br>Principal Deputy Assistant Attorney General<br>Civil Rights Division |
| */s/ Bahram Samie*<br>BAHRAM SAMIE<br>#0392645<br>Assistant U.S. Attorney<br>Office of the United States Attorney | */s/ Brian Remlinger*<br>R. TAMAR HAGLER<br>RICHARD DELLHEIM*<br>New York Bar #2564177<br>DANIEL J. FREEMAN*<br>New York Bar #4582037<br>BRIAN REMLINGER**<br>District of Columbia Bar #1765728<br>Attorneys, Voting Section<br>Civil Rights Division<br>U.S. Department of Justice<br>950 Pennsylvania Ave. NW<br>Washington, D.C. 20530<br>Phone: (800) 253-3931<br>Fax: (202) 307-3961<br>brian.remlinger@usdoj.gov<br><br>*Motion for admission pro hac vice forthcoming*<br><br>**Motion for admission pro hac vice docketed* |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

PUBLIC INTEREST LEGAL
FOUNDATION, INC.,

      Plaintiff,                  Case No. 24-CV-1561 (SRN/DJF)

   v.                                **CERTIFICATE OF SERVICE**

STEVE SIMON, in his official capacity as the
Secretary of State for the State of Minnesota,

      Defendant.

    I hereby certify that on August 27, 2024, I electronically filed the foregoing with the Clerk of the court using the CM/ECF system, which will send notification of this filing to counsel of record.

                                            */s/ Brian Remlinger*
                                            Brian Remlinger
                                            District of Columbia Bar #1765728
                                            Civil Rights Division
                                            U.S. Department of Justice
                                            950 Pennsylvania Ave, NW
                                            Washington, DC 20530
                                            (202) 717-4154
                                            brian.remlinger@usdoj.gov